UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: JANOWSKI, SAMUEL L § Case No. 08-06582
§
§
§
Debtor(s) §

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that DEBORAH K. EBNER, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
219 South Dearborn Street
Chicago, Illinois

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, together with a request for a hearing and serve a copy of both upon the trustee, any party whose application is being challenged and the United States Trustee. If no objections are filed, the Court will act on the fee applications and the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:15 10/30/9 in Courtroom 201, United States Courthouse,
Will County Court Annex Building
57 North Ottawa Street
Joliet, Illinois.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

UST Form 101-7-NFR (9/1/2009)

Date Mailed: 09/12/2009   By: /s/DEBORAH K. EBNER
                              Trustee

DEBORAH K. EBNER
11 EAST ADAMS STREET
SUITE 800
CHICAGO, IL 60603

UST Form 101-7-NFR (9/1/2009)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: JANOWSKI, SAMUEL L § Case No. 08-06582
§
§
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION

The Final Report shows receipts of $ 14,008.59

and approved disbursements of $ 111.28

leaving a balance on hand of ¹ $ 13,897.31

Claims of secured creditors will be paid as follows:

| Claimant | Proposed Payment |
|---|---|
| N/A | |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | | Fees | Expenses |
|---|---|---|---|
| Trustee | DEBORAH K. EBNER | $ 2,150.86 | $ 83.71 |
| Attorney for trustee | Law Office of Deborah K. Ebner, ESQ. | $ 3,805.00 | $ |
| Appraiser | | $ | $ |
| Auctioneer | | $ | $ |
| Accountant | Popowcer Katten | $ 924.50 | $ |
| Special Attorney for trustee | | $ | $ |
| Charges, | U.S. Bankruptcy Court | $ | $ |
| Fees, | United States Trustee | $ | $ |
| Other | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Fees | Expenses |
|---|---|---|

¹ The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (9/1/2009)

| | | | |
|---|---|---|---|
| Attorney for debtor | _____ | $_____ | $_____ |
| Attorney for | _____ | $_____ | $_____ |
| Accountant for | _____ | $_____ | $_____ |
| Appraiser for | _____ | $_____ | $_____ |
| Other | _____ | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | N/A | | |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 109,165.10 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 6.4 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 1A | Ford Motor Credit Company LLC | $ 16,749.79 | $ 1,063.81 |
| 2A | GMAC | $ 30,427.26 | $ 1,932.48 |
| 3 | NationalCity | $ 36,661.09 | $ 2,328.40 |
| 4 | CHASE BANK USA | $ 25,326.96 | $ 1,608.55 |

UST Form 101-7-NFR (9/1/2009)

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | N/A | | |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | N/A | | |

The amount of surplus returned to the debtor after payment of all claims and interest is $0.00.

UST Form 101-7-NFR (9/1/2009)

Prepared By: /s/DEBORAH K. EBNER
                          Trustee

DEBORAH K. EBNER
11 EAST ADAMS STREET
SUITE 800
CHICAGO, IL 60603

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

UST Form 101-7-NFR (9/1/2009)

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: mgonzalez              Page 1 of 1               Date Rcvd: Sep 28, 2009
Case: 08-06582                Form ID: pdf006              Total Noticed: 27

The following entities were noticed by first class mail on Sep 30, 2009.
db           +Samuel L Janowski,   18708 Kestrel,   Mokena, IL 60448-8294
aty          +Deborah K Ebner,   Law Office of Deborah Kanner Ebner,   11 E Adams St Ste 904,
               Chicago, IL 60603-6306
aty          +John M Babbington,   John M Babbington & Associates,   19906 Wolf Road,   P O Box 99,
               Mokena, IL 60448-0099
tr           +Deborah Kanner Ebner,   11 E Adams St,   Suite 904,   Chicago, IL 60603-6306
12063423      Allegiance Community Bank,   8001 W !83rd Street,   Tinley Park, IL 60487
12346806     +CHASE BANK USA,   C O WEINSTEIN AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,
               SEATTLE, WA 98121-3132
14349605      CHASE BANK USA, NA,   PO BOX 15145,   WILMINGTON, DE  19850-5145
12063427      Chase,   P O Box 15298,   Wilmington, DE 19850-5298
12063425     +Chase,   P O Box 52195,   Phoenix, AZ 85072-2195
12063426     +Chase,   P O Box 9001020,   Louisville, KY 40290-1020
12063428     +Citizens Auto Finance,   P O Box 42113,   Providence, RI 02940-2113
12063429     +Custom Electrical,   8447 S Mayfield,   Burbank, IL 60459-2544
12086115     +Ford Motor Credit Company LLC,   P.O. Box 537901,   Livonia, MI 48153-7901
12199422     +GMAC,   PO Box 130424,   Roseville, MN 55113-0004
12063430     +Gene and Georgine Janowski,   12166 Heinecke Lane,   Mokena, IL 60448-8126
12063431     +Gmac,   P O Box 2182,   Greeley, CO 80632-2182
12063432      Home Depot,   Processing Center,   Des Moines, IA 50364-0500
12063433     +James R Roberts,   10913 Stephan Ct,   Mokena, IL 60448-1020
12063435     +Kevin Smith,   21364 Old North Church Rd,   Frankfort, IL 60423-3018
12063436     +Linda Hansen,   276 E Burlington,   Riverside, IL 60546-2151
12063437      Mohamed El -maazawi14052 Front Roya,   Plainfield, IL 60544
12315397     +NATIONAL CITY,   PO BOX 94982,   CLEVELAND, OH 44101-4982
12063438     +National Bankruptcy Service Center,   P O Box 537901,   Livonia, MI 48153-7901
12063439      NationalCity,   PO Box 856176,   Louisville, KY 40285-6176
12063440      Tadeusz Miernicki8341 S New England,   Burbank, IL 60459
12063441     +Travelers Insurance,   One Tower Square,   Hartford, CT 06183-0002
12063442      William Bradshaw,   9144 S massasoit,   Frankfort, IL 60423

The following entities were noticed by electronic transmission.
NONE.                                                                                               TOTAL: 0

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
12063424*     Allegiance Community Bank,   8001 W !83rd Street,   Tinley Park, IL 60487
12063434*    +James R Roberts,   10913 Stephan Ct,   Mokena, IL 60448-1020
                                                                                               TOTALS: 0, * 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 30, 2009**          **Signature:** *Joseph Speetjens*