# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In re: JANOWSKI, SAMUEL L

Case No. 08-06582

Chapter   7

_____,

Debtor

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
## REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
## AND APPLICATION TO BE DISCHARGED (TDR)

DEBORAH K. EBNER, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $0.00
*(without deducting any secured claims)*

Assets Exempt: $3,100.00

Total Distribution to Claimants: $6,934.39

Claims Discharged
Without Payment: $236,167.51

Total Expenses of Administration: $7,075.35

3) Total gross receipts of $   14,009.74   (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $   0.00   (see **Exhibit 2** ), yielded net receipts of $14,009.74 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $1,136,960.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 7,075.35 | 7,075.35 | 7,075.35 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 245,095.00 | 109,165.10 | 109,165.10 | 6,934.39 |
| **TOTAL DISBURSEMENTS** | $1,382,055.00 | $116,240.45 | $116,240.45 | $14,009.74 |

4)  This case was originally filed under Chapter 7 on March 20, 2008.
The case was pending for 40 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as  **Exhibit 8** .  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as  **Exhibit 9** .

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 07/31/2011            By: /s/DEBORAH K. EBNER
                                    Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

## EXHIBIT 1 −GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 50% ownership in Front Street Group LLC | 1129-000 | 14,000.00 |
| Interest Income | 1270-000 | 9.74 |
| **TOTAL GROSS RECEIPTS** | | $14,009.74 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 −FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $0.00 |

## EXHIBIT 3 −SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Citizens Auto Finance | 4110-000 | 14,646.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase | 4110-000 | 44,702.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase | 4110-000 | 237,612.00 | N/A | N/A | 0.00 |
| NOTFILED | Allegiance Community Bank | 4110-000 | 420,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Allegiance Community Bank | 4110-000 | 420,000.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | $1,136,960.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DEBORAH K. EBNER | 2100-000 | N/A | 2,150.86 | 2,150.86 | 2,150.86 |
| DEBORAH K. EBNER | 2200-000 | N/A | 83.71 | 83.71 | 83.71 |
| Illinois Department of Revenue | 2820-000 | N/A | 94.00 | 94.00 | 94.00 |
| Law Office of Deborah K. Ebner, ESQ. | 3110-000 | N/A | 3,805.00 | 3,805.00 | 3,805.00 |
| Popowcer Katten | 3410-000 | N/A | 924.50 | 924.50 | 924.50 |
| International Sureties | 2300-000 | N/A | 17.28 | 17.28 | 17.28 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 7,075.35 | 7,075.35 | 7,075.35 |

## EXHIBIT 5 −PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 −PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 0.00 | 0.00 | 0.00 | 0.00 |

## EXHIBIT 7 −GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1A | Ford Motor Credit Company LLC | 7100-000 | 20,976.00 | 16,749.79 | 16,749.79 | 1,063.98 |
| 2A | GMAC | 7100-000 | 32,000.00 | 30,427.26 | 30,427.26 | 0.00 |
| 3 | NationalCity | 7100-000 | 34,789.00 | 36,661.09 | 36,661.09 | 2,328.79 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 4 | CHASE BANK USA | 7100-000 | 25,326.00 | 25,326.96 | 25,326.96 | 1,608.82 |
| NOTFILED | Tadeusz Miernicki | 7100-000 | 1,732.00 | N/A | N/A | 0.00 |
| NOTFILED | Travelers Insurance | 7100-000 | 12,382.00 | N/A | N/A | 0.00 |
| NOTFILED | William Bradshaw | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Mohamed El -maazawi | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Gene and Georgine Janowski | 7100-000 | 55,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Custom Electrical | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Kevin Smith | 7100-000 | 45,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Home Depot Processing Center | 7100-000 | 17,890.00 | N/A | N/A | 0.00 |
| NOTFILED | James R Roberts | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Linda Hansen | 7100-000 | unknown | N/A | N/A | 0.00 |
| TURNOVER | Clerk of US Bankruptcy Court - Clerk of US Bankruptcy | 7100-001 | N/A | N/A | 0.00 | 1,932.80 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 245,095.00 | 109,165.10 | 109,165.10 | 6,934.39 |

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 08-06582 | **Trustee:** (330480)   DEBORAH K. EBNER |
| **Case Name:** JANOWSKI, SAMUEL L | **Filed (f) or Converted (c):** 03/20/08 (f) |
| | **§341(a) Meeting Date:** 05/08/08 |
| **Period Ending:** 07/31/11 | **Claims Bar Date:** 08/29/08 |

| 1 Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Abandoned OA=§554(a) DA=§554(c) | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| 1  2 Bedroom Town house located at 18708 Kestrel Fe | 265,000.00 | 0.00 | | 0.00 | 0.00 |
| 2  Harris Bank Frankfort | 400.00 | 0.00 | | 0.00 | 0.00 |
| 3  Household Goods | 1,000.00 | 0.00 | | 0.00 | 0.00 |
| 4  Wearing Apparel | 200.00 | 0.00 | | 0.00 | 0.00 |
| 5  100% ownership of Endeavor Construction Inc | 0.00 | 0.00 | | 0.00 | 0.00 |
| 6  50% ownership in Front Street Group LLC | 0.00 | 0.00 | | 14,000.00 | FA |
| 7  Government Rebate | 1,500.00 | 0.00 | | 0.00 | 0.00 |
| 8  2005 Chevy Van | 12,000.00 | 0.00 | | 0.00 | 0.00 |
| Int  INTEREST  (u) | Unknown | N/A | | 9.74 | FA |
| **9  Assets   Totals** (Excluding unknown values) | **$280,100.00** | **$0.00** | | **$14,009.74** | **$0.00** |

**Major Activities Affecting Case Closing:**

Trustee to tunover unnegotiated distribution to the Clerk of the Court. After which she will prepare Final Account..

**Initial Projected Date Of Final Report (TFR):**      December 30, 2014      **Current Projected Date Of Final Report (TFR):**      October 1, 2009  (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case Number:** | 08-06582 | |
| **Case Name:** | JANOWSKI, SAMUEL L | |
| | | |
| **Taxpayer ID #:** | **-***4061 | |
| **Period Ending:** | 07/31/11 | |

| | |
|---|---|
| **Trustee:** | DEBORAH K. EBNER (330480) |
| **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| **Account:** | ***-*****33-65 - Money Market Account |
| **Blanket Bond:** | $5,000,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 09/23/08 | {6} | FRont Street Group (James Roberts) | sale of Trustee's interest in LLC - Front Street Group. (Robert's purchased with his % interest in same) | 1129-000 | 14,000.00 | | 14,000.00 |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.1500% | 1270-000 | 0.40 | | 14,000.40 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.1200% | 1270-000 | 1.52 | | 14,001.92 |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.1000% | 1270-000 | 1.10 | | 14,003.02 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.99 | | 14,004.01 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.57 | | 14,004.58 |
| 02/08/09 | 1001 | International Sureties | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2008 FOR CASE #08-06582<br>Voided on 02/08/09 | 2300-000 | | ! 17.28 | 13,987.30 |
| 02/08/09 | 1001 | International Sureties | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2008 FOR CASE #08-06582<br>Voided: check issued on 02/08/09 | 2300-000 | | ! -17.28 | 14,004.58 |
| 02/08/09 | 1002 | International Sureties | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2008 FOR CASE #08-06582, 016026455 | 2300-000 | | 17.28 | 13,987.30 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.53 | | 13,987.83 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.60 | | 13,988.43 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.57 | | 13,989.00 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.55 | | 13,989.55 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.60 | | 13,990.15 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.58 | | 13,990.73 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.58 | | 13,991.31 |
| 09/08/09 | 1003 | Illinois Department of Revenue | Illinois Fiduciary Income tax  Y/E 2008 | 2820-000 | | 94.00 | 13,897.31 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.56 | | 13,897.87 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.56 | | 13,898.43 |
| 11/01/09 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0050% | 1270-000 | 0.03 | | 13,898.46 |
| 11/01/09 | | To Account #*******3366 | to close and disburse | 9999-000 | | 13,898.46 | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 14,009.74 | 14,009.74 | $0.00 |
| Less: Bank Transfers | 0.00 | 13,898.46 | |
| **Subtotal** | 14,009.74 | 111.28 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$14,009.74** | **$111.28** | |

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| Case Number: | 08-06582 | | Trustee: | DEBORAH K. EBNER (330480) |
|---|---|---|---|---|
| Case Name: | JANOWSKI, SAMUEL L | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****33-66 - Checking Account |
| Taxpayer ID #: | **-***4061 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 07/31/11 | | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 11/01/09 | | From Account #*******3365 | to close and disburse | 9999-000 | 13,898.46 | | 13,898.46 |
| 11/03/09 | 101 | DEBORAH K. EBNER | Per order of 10/30/09 Docket 45 | 2200-000 | | 83.71 | 13,814.75 |
| 11/03/09 | 102 | DEBORAH K. EBNER | Per order of 10/30/09 Docket 45 | 2100-000 | | 2,150.86 | 11,663.89 |
| 11/03/09 | 103 | Law Office of Deborah K. Ebner, ESQ. | Per order of 10/30/09    Docket 46 | 3110-000 | | 3,805.00 | 7,858.89 |
| 11/03/09 | 104 | Popowcer Katten | Per order of 10/30/09    Docket 44 | 3410-000 | | 924.50 | 6,934.39 |
| 11/03/09 | 105 | Ford Motor Credit Company LLC | First and Final Distribution | 7100-000 | | 1,063.98 | 5,870.41 |
| 11/03/09 | 106 | GMAC | void Voided on 02/24/10 | 7100-000 | | 1,932.80 | 3,937.61 |
| 11/03/09 | 107 | NationalCity | First and Final Distribution | 7100-000 | | 2,328.79 | 1,608.82 |
| 11/03/09 | 108 | CHASE BANK USA | First and Final Distribution | 7100-000 | | 1,608.82 | 0.00 |
| 02/24/10 | 106 | GMAC | void Voided: check issued on 11/03/09 | 7100-000 | | -1,932.80 | 1,932.80 |
| 04/20/10 | | Wire out to BNYM account 9200*****3366 | Wire out to BNYM account 9200*****3366 | 9999-000 | -1,932.80 | | 0.00 |

| | | | | |
|---|---|---|---|---|
| ACCOUNT TOTALS | | 11,965.66 | 11,965.66 | $0.00 |
| Less: Bank Transfers | | 11,965.66 | 0.00 | |
| Subtotal | | 0.00 | 11,965.66 | |
| Less: Payments to Debtors | | | 0.00 | |
| NET Receipts / Disbursements | | $0.00 | $11,965.66 | |

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

Case Number: 08-06582
Case Name: JANOWSKI, SAMUEL L

Taxpayer ID #: **-***4061
Period Ending: 07/31/11

Trustee: DEBORAH K. EBNER (330480)
Bank Name: The Bank of New York Mellon
Account: 9200-******33-66 - Checking Account
Blanket Bond: $5,000,000.00  (per case limit)
Separate Bond: N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 04/20/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********3366 | Wire in from JPMorgan Chase Bank, N.A. account ********3366 | 9999-000 | 1,932.80 | | 1,932.80 |
| 08/25/10 | 10109 | GMAC | reissued First and Final DIstribution Stopped on 02/08/11 | 7100-000 | | 1,932.80 | 0.00 |
| 02/08/11 | 10109 | GMAC | reissued First and Final DIstribution Stopped on: check issued on 08/25/10 | 7100-000 | | -1,932.80 | 1,932.80 |
| 02/08/11 | 10110 | Clerk of US Bankruptcy Court | UNCLAIMED FUNDS | 7100-001 | | 1,932.80 | 0.00 |

|  |  |  |
|---|---|---|
| ACCOUNT TOTALS | 1,932.80 | 1,932.80 | $0.00 |
| Less: Bank Transfers | 1,932.80 | 0.00 |
| Subtotal | 0.00 | 1,932.80 |
| Less: Payments to Debtors | | 0.00 |
| NET Receipts / Disbursements | $0.00 | $1,932.80 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ***-*****33-65 | 14,009.74 | 111.28 | 0.00 |
| Checking # ***-*****33-66 | 0.00 | 11,965.66 | 0.00 |
| Checking # 9200-*****33-66 | 0.00 | 1,932.80 | 0.00 |
| | $14,009.74 | $14,009.74 | $0.00 |

{} Asset reference(s)

Printed: 07/31/2011 10:33 PM    V.12.57